UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:23-cv-0019-FL

LAKEWOOD PARTNERS, LLC,

    PLAINTIFF,

VS.

SIMEON PIERSON RAMSDEN AND KIPLING VENTURES HOLDING CO LLC,

    DEFENDANTS.

<u>ORDER ALLOWING THE PARTIES' STIPULATED MOTION FOR STAY</u>

THIS CAUSE came to be heard on the parties' motion seeking a ninety (90) day stay of the proceeding pending settlement discussions.

It appears to the Court that good cause has been shown. It is, therefore, ORDERED as follows:

1. All proceedings are stayed in this case for a period of time not to exceed ninety (90) days;

2. Should the parties' settlement discussions result in an impasse prior to the expiration of the stay, the parties shall file a status report advising the court of this development; and

3. Upon the expiration of the stay or the report of impasse between the parties, plaintiff shall have up to twenty-one (21) days to file a response to defendants' motion to dismiss.

This the 22nd day May, 2023

_____
LOUISE W. FLANAGAN
United States District Judge